IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

TIRON ALEXANDER,                              *

              Plaintiff,               *

v.                                                                Case No.    5:26-cv-00122-TES

                                 *

MIDDLE GEORGIA STATE UNIVERSITY et
al,                                                              *

              Defendants.           *

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated April 10, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 10th day of April, 2026.

                                 David W. Bunt, Clerk


                                 s/ Erin Pettigrew, Deputy Clerk